

ENTERED
10/09/2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE DAVETTE A WILTZ | § | CASE NO. 04-35095-H1-13 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## ORDER

**CAME ON FOR CONSIDERATION**, the Chapter 13 Standing Trustee's Motion to

Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that DAVID G. PEAKE, the Chapter 13 Standing Trustee, is authorized to

deposit all unclaimed funds, now held by him, in this case in the amount $1,804.59 owed to

GALLERY FURNITURE into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the 9th day of October , 2007.


_____
DEPUTY CLERK

55

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE DAVETTE A WILTZ | § | CASE NO. 04-35095-H1-13 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### UNCLAIMED FUNDS

| NAME AND ADDRESS: | CLAIM NO. | AMOUNT |
|---|---|---|
| GALLERY FURNITURE<br>6010 FAIRVIEW RD 105<br>CHARLOTTE NC 28210 | 0001 | $1,804.59 |

**TOTAL FOR UNCLAIMED FUNDS**                    **$1,804.59**